UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| MICHAEL E. HENRY, et al., | NO: CV-12-5038-RMP |
|---|---|
| Plaintiffs, | |
| v. | ORDER GRANTING CONKLIN AND TRIBBETT DEFENDANTS' MOTION TO DISMISS CROSS-CLAIMS |
| DAVID CRAIG CONKLIN and SUSAN CONKLIN, et al., | |
| Defendants. | |

Before the Court is the motion to dismiss cross-claims by Defendants David and Susan Conklin and James and Jeanne Tribbett, ECF No. 24.  The Court has reviewed the motion and the file and is fully informed.  Based on the agreement of the parties, the motion will be granted.

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The Conklin and Tribbett Defendants' motion to dismiss cross-claims, **ECF No. 24**, is **GRANTED**.

ORDER GRANTING CONKLIN AND TRIBBETT DEFENDANTS' MOTION TO DISMISS CROSS-CLAIMS ~ 1

**2.** The existing cross-claims against the FDIC by Defendants David Craig Conklin, Susan Conklin, James Tribbett, and Jeanne Tribbett are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 3rd day of December 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING CONKLIN AND TRIBBETT DEFENDANTS' MOTION TO DISMISS CROSS-CLAIMS ~ 2