AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MICHAEL E. HENRY, et al.,

v.

DAVID CRAIG CONKLIN and SUSAN CONKLIN, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5038-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiffs' complaint is hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

December 4, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer